IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>MUMINFIDADYA KUWA,<br><br>        Defendants. | **4:22CR3118**<br><br>**ORDER** |

    Based on the parties' significant plea discussions, it is likely the defendant will enter a plea of guilty. To avoid unnecessary trial preparation, rather than set this case for trial,

    IT IS ORDERED:

1) Defendant's motion to continue the trial, (Filing No. 144), is granted, and the trial of this case is continued pending further order of the court.

2) A hearing on Defendant's anticipated plea of guilty is scheduled before Magistrate Judge Zwart on October 18, 2023, at 2:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3) Defendant, defense counsel, and counsel for the government shall appear at this hearing.

4) On or before the date set for the plea proceeding, counsel for the government and for Defendant shall provide to the assigned probation officer their respective versions of the offense for purposes of preparing the presentence investigation report.

5)     The ends of justice served by granting Defendant's request to set a change of plea hearing outweigh the interests of the public and Defendant in a speedy trial, and the time between today's date and the district court judge's acceptance or rejection of the anticipated plea of guilty shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act because the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

Dated this 11th day of September, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge