IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>MUMINFIDADYA KUWA,<br><br>  Defendants. | **4:22CR3118**<br><br>**ORDER** |

Defendant has moved to continue his change of plea hearing, stating he needs "additional time to finalize certain details of the plea agreement." (Filing No. 149). The case has been pending for more than a year, with Defendant represented by the same attorney for a year. The court has granted three prior continuances. While the case was deemed "unusual and complex" at the outset, three co-defendants have entered pleas of guilty; two have already been sentenced. Defendant Kuwa's motions do not explain why he needs more time than his co-defendants to review discovery, consider any proposed plea agreement, and decide whether to enter a plea of guilty or go to trial.

Accordingly,

IT IS ORDERED:

1) As to Defendant Kuwa's motion to continue his change of plea hearing, (Filing No. 149), the change of plea hearing is cancelled.

2) A hearing remains scheduled for October 18, 2023, at 2:30 P.M. in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall

North, Lincoln, NE before Magistrate Judge Cheryl R. Zwart. At this hearing, the court will set this case for trial.

Dated this 18th day of October, 2023.

                                          BY THE COURT:

                                          *s/ Cheryl R. Zwart*
                                          United States Magistrate Judge